# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 01, 2021

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| MARK LEROY D., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| _____ | ) |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
| _____ | ) |
| *Defendant* |  |

Civil Action No.   2:20-CV-00094-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

✔  other:  Plaintiff's Motion for Summary Judgment, ECF No. 12, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

✔  decided by Judge    ROSANNA MALOUF PETERSON_____ on a motion for summary judgment.

Date:  July 1, 2021_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Claudia Canseco
_____
*(By) Deputy Clerk*

Claudia Canseco
_____